# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1987 **Short Title:** State of California v. USPS

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
State of California as the

[ ] appellant(s) [✓] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Ian Fein
Signature

08/28/2026
Date

Ian Fein
Name

California Department of Justice
Firm Name (if applicable)

415-510-3466
Telephone Number

455 Golden Gate Avenue, Suite 11000
Address

Fax Number

San Francisco, CA 94102
City, State, Zip Code

Ian.Fein@doj.ca.gov
Email (required)

Court of Appeals Bar Number: 1217211

Has this case or any related case previously been on appeal?

[ ] No [✓] Yes Court of Appeals No. 26-1774, 26-1779, 26-1988, 26-1989

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).