# United States Court of Appeals
## For the First Circuit

---

**NOTICE OF APPEARANCE**

**No.** 26-1991 **Short Title:** State of California, et al v. Sta

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

State of Missouri as the

[✓] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Benjamin Gilberg
Signature

August 31, 2026
Date


Benjamin Gilberg
Name

Office of Missouri Attorney General
Firm Name (if applicable)

(573) 418-7271
Telephone Number

815 Olive Street, Suite #200
Address

(314) 340-7981
Fax Number

St. Louis, MO 63101
City, State, Zip Code

Benjamin.Gilberg@ago.mo.gov
Email (required)

Court of Appeals Bar Number: 1223910


Has this case or any related case previously been on appeal?

[ ] No [✓] Yes Court of Appeals No. 26-1987

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).