**Nos. 26-1987, 26-1988**

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, in the official capacity as president of the United States; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES SOCIAL SECURITY ADMINISTRATION; FRANK BISIGNANO, in the official capacity as Commissioner of the United States Social Security Administration; UNITED STATES POSTAL SERVICE; DAVID STEINER, in the official capacity as Postmaster General and Chief Executive Officer of the Postal Service; DOUG TULINO, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; AMBER MCREYNOLDS, in the official capacity as Chair of the Postal Service Board of Governors; DEREK T. KAN, in the official capacity as Vice Chairman of the Postal Service Board of Governors; RONALD STROMAN, in the official capacity as a Member of the Postal Service Board of Governors; DANIEL TANGHERLINI, in the official capacity as a Member of the Postal Service Board of Governors,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts

**NOTICE OF VOLUNTARY DISMISSAL**

In response to this Court's order of September 14, 2026, *see* Order (Sept. 14, 2026), the government voluntarily dismisses its appeals of the putative temporary restraining order, *see California v. USPS*, No. 26-cv-13917, Dkt. 31 (D. Mass. Aug. 27, 2026); *League of Women Voters of Massachusetts v. Trump*, No. 26-cv-11549, Dkt. 218 (D. Mass. Aug. 27, 2026), in light of the district court's entry of a preliminary injunction, *see California v. USPS*, No. 26-cv-13917, Dkt. 156 (D. Mass. Sept. 4, 2026); *League of Women Voters of Massachusetts v. Trump*, No. 26-cv-11549, Dkt. 285 (D. Mass. Sept. 4, 2026).

Respectfully submitted,

BRAD HINSHELWOOD

*/s/ Laura E. Myron*

LAURA E. MYRON
JENNIFER UTRECHT
Attorneys, Appellate Staff
Civil Division, Room 7228
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 305-1754

SEPTEMBER 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this notice complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 104 words, according to the count of Microsoft Word.

*/s/ Laura E. Myron*
LAURA E. MYRON